UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
: 
In re: : Chapter 11
:
AURORA COMMERCIAL CORP., *et al.*, : Case No. (19-10843) (SCC)
:
Debtors.[1] : (Jointly Administered)
:
--------------------------------------------------------------- x

# STATEMENT OF FINANCIAL AFFAIRS FOR
# AURORA LOAN SERVICES LLC
# CASE NO. 19-10844 (SCC)

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Aurora Commercial Corp. (3416) and Aurora Loan Services LLC (7742). The Debtors' corporate headquarters is located at 277 Park Avenue, 46th Floor, New York, New York 10172.

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Aurora Loan Services LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-10843** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | **Fox Rothschild LLP**<br>**17th Street Plaza**<br>**1225 17th Street, Ste 2200**<br>**Denver, CO 80202** | 03/19/19 | $99,889.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
   | 3.2. | **Maurice Wutscher LLP**<br>**105 W. Madison Street**<br>**Chicago, IL 60602** | 01/30/19<br>02/28/19<br>03/13/19 | $12,357.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Aurora Loan Services LLC | Case number (if known) | 19-10843 |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See attached SOFA Part 3, Question 7** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Debtor | Aurora Loan Services LLC | Case number *(if known)* 19-10843 |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 4600 S Syracuse Street, 9th Floor<br>Denver, CO 80237 | 11/01/16 to 10/31/18 |
| 14.2. | 7807 E Peakview Avenue, Suite 410<br>Centennial, CO 80111 | 11/17/14 to 10/31/16 |

### Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor **Aurora Loan Services LLC**     Case number *(if known)* **19-10843**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Name, address, social security number, financial information**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain** <br> **501 W George Bush Pkwy, Suite 300** <br> **Richardson, TX 75080** | **Anthony Mallano** <br> **Lehman Brothers Holdings Inc** <br> **277 Park Avenue, 46th Floor** <br> **New York, NY 10172** | **Archived loan files and records** <br> **Backup Tapes** | ☐ No <br> ■ Yes |

| Debtor | Aurora Loan Services LLC | Case number (if known) 19-10843 |
|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**18200 Von Karman Suite 250**<br>**Irvine, CA 92612** | **Anthony Mallano**<br>**Lehman Brothers Holdings Inc**<br>**277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Archived loan files and records**<br>**Backup Tapes** | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**400 Professional Place Drive. Suite 100**<br>**Gaithersburg, MD 20879** | **Anthony Mallano**<br>**Lehman Brothers Holdings Inc**<br>**277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Archived loan files and records**<br>**Backup Tapes** | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**3040 Route 22 West**<br>**Branchburg, NJ 08876** | **Anthony Mallano**<br>**Lehman Brothers Holdings Inc**<br>**277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Archived loan files and records**<br>**Backup Tapes** | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**3344 Moline Drive**<br>**Aurora, CO 80010** | **Anthony Mallano**<br>**Lehman Brothers Holdings Inc**<br>**277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Archived loan files and records**<br>**Backup Tapes** | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**11333 E. 53rd Avenue**<br>**Denver, CO 80239** | **Anthony Mallano**<br>**Lehman Brothers Holdings Inc**<br>**277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Archived loan files and records**<br>**Backup Tapes** | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**15505 East Hinsdale Circle**<br>**Englewood, CO 80112** | **Anthony Mallano**<br>**Lehman Brothers Holdings Inc**<br>**277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Archived loan files and records**<br>**Backup Tapes** | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**8879 Fox Drive**<br>**Thornton, CO 80260** | **Anthony Mallano**<br>**Lehman Brothers Holdings Inc**<br>**277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Archived loan files and records**<br>**Backup Tapes** | ☐ No<br>■ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:** **Details About Environment Information**

Debtor **Aurora Loan Services LLC**            Case number *(if known)* **19-10843**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | | Date of service<br>From-To |
    |---|---|---|
    | 26a.1. | **Lehman Brothers Holdings Inc**<br>**277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **2013 to Present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Debtor | Aurora Loan Services LLC | Case number (if known) | 19-10843 |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Lehman Brothers Holdings Inc**<br>**277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **2013 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **See attached SOFA Part 13 Question 26** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Baker, D. J. (Jan)** | **P.O. Box 609**<br>**Garrison, NY 10524** | **Independent Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ciongoli, Jeffry** | **277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Vice President and Treasurer** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Darnell, Brenda** | **277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Senior Vice President** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dickson, Kristine** | **277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **President, Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Feibus, Clifford** | **277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Secretary** | **0%** |

| | | | |
|---|---|---|---|
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **Klang, Linda** | **277 Park Avenue, 46th Floor New York, NY 10172** | **Vice President and Asst. Treasurer** | **0%** |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **Leonard, Claire** | **277 Park Avenue, 46th Floor New York, NY 10172** | **Vice President and Assistant Secretary** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
|---|---|---|---|
| **Barbuzza, Salvatore** | **277 Park Avenue, 46th Floor New York, NY 10172** | **Vice President and Asst. Treasurer** | **03/24/2018 to 12/31/2018** |
| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| **Cantor, Matthew** | **277 Park Avenue, 46th Floor New York, NY 10172** | **EVP and Secretary** | **03/24/2018 to 10/31/2018** |
| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| **Ciongoli, Jeffry** | **277 Park Avenue, 46th Floor New York, NY 10172** | **Vice President and Asst. Treasurer** | **03/24/2018 to 10/31/2018** |
| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| **Dickson, Kristine** | **277 Park Avenue, 46th Floor New York, NY 10172** | **CAO and EVP - Finance, Director** | **03/24/2018 to 10/31/2018** |
| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| **Drosdick, Scott** | **277 Park Avenue, 46th Floor New York, NY 10172** | **CEO, Director** | **03/24/2018 to 10/31/2018** |
| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| **Feibus, Clifford** | **277 Park Avenue, 46th Floor New York, NY 10172** | **SVP and Controller** | **03/24/2018 to 10/31/2018** |
| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| **Kolev, Anton** | **277 Park Avenue, 46th Floor New York, NY 10172** | **Co-Treasurer** | **03/15/2018 to 10/31/2018** |

| Debtor | Aurora Loan Services LLC | Case number *(if known)* | **19-10843** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Kim, Nicole** | **277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **VP** | **03/24/2018 to 10/31/2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Leet, Cassandra** | **277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **VP** | **03/24/2018 to 04/01/2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Leonard, Claire** | **277 Park Avenue, 46th Floor**<br>**New York, NY 10172** | **Assistant Secretary** | **03/24/2018 to 10/31/2018** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☐ No
    ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Lehman Brothers Holdings Inc.** | **EIN: 13-3216325** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | Aurora Loan Services LLC | Case number (if known) | 19-10843 |
|---|---|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 2, 2019**

**/s/ Brenda Darnell**  **Brenda Darnell**
Signature of individual signing on behalf of the debtor  Printed name

Position or relationship to debtor  **Senior Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

In re Aurora Loan Services LLC

Case No. 19-10844

SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case[1]

| Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
|---|---|---|---|
| Agha-Khan, Salma v. Pacific Community Mortgage, Inc., et al. [Case No. 18-15202] | Foreclosure | Ninth Circuit Court of Appeals<br>James R. Browning United States Courthouse<br>95 Seventh Street<br>San Francisco, CA 94103 | On appeal |
| Aurora Loan Services LLC v. Vishnu Bandhu [Case No. 2015-11603 (Index No. 27189/09)] | Foreclosure | Supreme Court of the State of New York<br>Appellate Division: Second Judicial Department<br>45 Monroe Place<br>Brooklyn, NY 11201 | On appeal |
| Aurora Loan Services LLC v. Anthony J. Colleluori a/k/a Anthony Colleluori, LexisNexis-Martindale, United States of America Acting Through the IRS, and John Doe [Case No. 2016-07851 (Index No. 3416/10)] | Foreclosure | Supreme Court of the State of New York<br>Appellate Division: Second Judicial Department<br>45 Monroe Place<br>Brooklyn, NY 11201 | On appeal |
| Aurora Loan Services LLC v. Eugene Czin; Judith Czin; New York City Environmental Control Board; New York City Transit Adjudication Bureau; New York Anesthesiologists PLLC; John Doe (said name being fictitious, it being the intention of Plaintiff to designate and all occupants of premises being foreclosed herein, and any parties, corporations, or entities, if any, having or claiming an interest or lien upon the mortgaged premises) [Case No. 7061/2009] | Foreclosure | Supreme Court of the State of New York<br>County of Kings<br>360 Adams St #4<br>Brooklyn, NY 11201 | On appeal |
| Aurora Loan Services LLC v. Harriet Dorfman, As Administrator Of The Estate Of Morton Bialstock, Harriet Dorfman Or Jerome Dorfman [Case No. 2016-10004 (Index No. 9398/08)] | Foreclosure | Supreme Court of the State of New York<br>Appellate Division: Second Judicial Department<br>45 Monroe Place<br>Brooklyn, NY 11201 | On appeal |
| Aurora Loan Services LLC v. Joseph Kalanui Kalahiki, Jr.; Merrille Kanoelani Kalahiki; State of Hawaii Department of Taxation; Benchmark Lending Group, Inc.; Mortgage Electronic Registration Systems, Inc.; and John and Mary Does 1-10 [Case No. 11-1-0375-02] | Foreclosure | Circuit Court of the First Circuit of the State of Hawaii<br>Ka`ahumanu Hale<br>777 Punchbowl Street<br>Honolulu HI 96813–5093 | On appeal |
| Aurora Loan Services LLC v. Stella M. Matles a/k/a Stella Matles, John Doe #1 to John Doe #10, the last 10 names being fictitious and unknown to plaintiff, the persons or parties, if any, having or claiming an interest in or lien upon the mortgaged premises described in the verified complaint, Nationstar Mortgage LLC [Case No. 2017-10301] | Foreclosure | Supreme Court of the State of New York<br>Appellate Division: Second Judicial Department<br>45 Monroe Place<br>Brooklyn, NY 11201 | On appeal |
| Aurora Loan Services LLC v. Itzhak Revivo, et al. [Case No. 2017-04000, 2017-04001 (Index No. 28695/09)] | Foreclosure | Supreme Court of the State of New York<br>Appellate Division: Second Judicial Department<br>45 Monroe Place<br>Brooklyn, NY 11201 | On appeal |

[1] The list of actions against the Debtors may not include all actions that Nationstar Mortgage LLC ("Nationstar") is responsible for managing pursuant to the Asset Purchase Agreement dated June 12, 2012 (the "Nationstar Actions"). The Debtors have made reasonable efforts to supplement the information that they received from Nationstar concerning the Nationstar Actions.

In re Aurora Loan Services LLC

Case No. 19-10844

SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case[1]

| Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
| --- | --- | --- | --- |
| Aurora Loan Services LLC v. Curtis Rogers a/k/a Curtis L. Rogers III, Julie Rogers, National City Bank, Shoreline Farms Community Association, Inc., and Harbor National Bank [Case No. 2009-CP-10-5840] | Foreclosure | State of South Carolina<br>County of Charleston<br>Court of Common Pleas<br>100 Broad Street, Suite 106<br>Charleston, South Carolina 29401-2258 | Pending |
| Aurora Loan Services LLC v. Steve Simon and Mortgage Electronic Registration, System, INC., as Nominee and Mortgage of Record, Lend America, New York City Criminal Court, commission of Motor Vehicles New York State Department of Taxation and Finance, New York City Transit Adjudication Bureau, New York City Environment Control Board, New York City Parking Violations Bureau Gary Cummings, Mrs. Ingman and Mr. Lopez [Case No. 2017-06941] | Foreclosure | Supreme Court of the State of New York<br>Appellate Division: Second Judicial Department<br>45 Monroe Place<br>Brooklyn, NY 11201 | On appeal |
| Aurora Loan Services LLC v. Gurpreet Singh, Jaspal Singh Arora, Kanwal Deep Kaur, Mortgage Electronic Registration Systems, Inc. As Nominee For Lehman Brothers Bank, FSB, New York State Department Of Taxation and Finance, United States of America Acting Through The IRS, Vendor Capital Group (DIV) Telerent Leasing Corp., Viviana Rodriguez, Workers Compensation Board Of The State Of New York, Citibank South Dakota Na, John Doe (Said name being fictitious, it being the intention of Plaintiff to designate any and all occupants of premises being foreclosed herein, and any parties, corporations or entities, if any, having or claiming and interest or lien upon the mortgaged premises.) [Case No. 47-036-0090] | Foreclosure | Supreme Court of The State of New York<br>County of Nassau<br>100 Supreme Ct Dr<br>Mineola, NY 11501 | Pending |
| Aurora Loan Services LLC v. Sylvia Tobing; New York City Department of Finance; New York City Environmental Control Board; New York City Transit Adjudication Bureau, People of the State of New York, John Doe (Those unknown tenants occupants persons or corporations or their heirs distributes, executors administrators, trustees, guardians, assignees creditors or successors claiming an interest in the mortgaged premises.) [Case No. 2017-05945 (IndexNo. 103567/08)] | Foreclosure | Supreme Court of the State of New York<br>Appellate Division: Second Judicial Department<br>45 Monroe Place<br>Brooklyn, NY 11201 | On appeal |
| Aurora Loan Services LLC v. Aaron Wider, as trustee of the Wider Family Trust; Wider Family Trust; Aaron Wider, individually; Daniel Stasichin; HTFC Corporation; and Barbara Shane [Case No. 2:11-cv-06111] | Title issue | United States District Court for the Eastern District of New York<br>225 Cadman Plaza E<br>Brooklyn, NY 11201 | Pending |

[1] The list of actions against the Debtors may not include all actions that Nationstar Mortgage LLC ("Nationstar") is responsible for managing pursuant to the Asset Purchase Agreement dated June 12, 2012 (the "Nationstar Actions"). The Debtors have made reasonable efforts to supplement the information that they received from Nationstar concerning the Nationstar Actions.

In re Aurora Loan Services LLC
Case No. 19-10844
SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case[1]

| Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
|---|---|---|---|
| Aurora Loan Services LLC v. Michal Yogev and Board of Managers of the Echelon Condominium, Mortgage Electronic Registration System, INC., et al. [Case No. 2018-08626 (Index No. 32051/10)] | Foreclosure | Supreme Court of the State of New York Appellate Division: Second Judicial Department 45 Monroe Place Brooklyn, NY 11201 | On appeal |
| Baugh, Melvyn v. Aurora Loan Services Inc, et al. [Case No. 1999 CH 443] | Challenge to IL foreclosure law | State of Illinois County of Dupage In the Circuit Court of the Eighteenth Judicial Circuit 505 N. County Farm Road Wheaton, Illinois 60187 | Concluded |
| Bell, Jerome v. Aurora Loan Services, Inc., et al. [Case No. CAL17-35548] | Foreclosure | Circuit Court for Prince George's County - Civil System Courthouse 14735 Main Street Upper Marlboro, MD 20772 | Concluded |
| Bishop, Lakeisha v. Aurora Loan Services LLC [Case No. RG15792819] | Title issue | Alameda County Superior Court, California 1225 Fallon St Oakland, CA 94612 | Pending |
| Brannick, Douglas and Joyce v. Aurora Loan Services LLC; Aurora Bank, FSB; Nationstar Mortgage, LLC; and Citibank, N.A., as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-7 [Case No. 03-17-00308-CV] | Foreclosure | Texas Court of Appeals, Third District, at Austin District Court of Comal County, 274th Judicial District 150 N. Seguin, Suite 317 New Braunfels, Texas 78130 | On appeal |
| Castellanos, Jeanette v. Aurora Loan Services LLC [Case No. 2009 CH 2481] | Challenge to IL foreclosure law | State of Illinois County of Dupage In the Circuit Court of the Eighteenth Judicial Circuit 505 N. County Farm Road Wheaton, Illinois 60187 | Concluded |
| Cohen, David B. v. Aurora Loan Services LLC | Foreclosure | | On appeal |
| Conrow, Jack Dennis v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 17-1-0006] | Challenge to HI foreclosure law | Circuit Court of the Third Circuit of the State of Hawaii Hale Kaulike 777 Kilauea Avenue Hilo, HI 96720-4212 | Concluded |
| Department of Justice Investigation | FIRREA | Department of Justice Lila M. Bateman Assistant U.S. Attorney, Civil Division 1801 California St., Suite 1600 Denver CO 80202 | Concluded |
| Elam, Linda, et al. v. Aurora Services LLC, et al. [Case No. 2:2017cv02188] | TILA, Contested foreclosure | United States District Court for the Western District of Tennessee Memphis Office 167 N Main St #242 Memphis, TN 38103 | Pending |
| Erickson, James William and Vierra, Lana Kim v. Aurora Loan Services LLC and Aurora Commercial Corp. [Case No. 17-cv-00238-JMS-RLP] | Challenge to HI foreclosure law | United States District Court for the District of Hawaii 300 Ala Moana Blvd, Rm C338 Honolulu HI 96850 | Concluded |

[1] The list of actions against the Debtors may not include all actions that Nationstar Mortgage LLC ("Nationstar") is responsible for managing pursuant to the Asset Purchase Agreement dated June 12, 2012 (the "Nationstar Actions"). The Debtors have made reasonable efforts to supplement the information that they received from Nationstar concerning the Nationstar Actions.

In re Aurora Loan Services LLC

Case No. 19-10844

SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case[1]

| Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
|---|---|---|---|
| Fisher, Maria v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 17-1-0035K] | Challenge to HI foreclosure law | Circuit Court of the Third Circuit of the State of Hawaii<br>Hale Kaulike<br>777 Kilauea Avenue<br>Hilo, HI 96720-4212 | Concluded |
| Gifford, Orinthia v. United Northern Mortgage Bankers, Ltd. (UNMB); Aurora Loan Services LLC; Mortgage Electronic Registration Systems, Inc. (MERS), Nationstar Mortgage, LLC; M&T Mortgage Corporation; and its Agents/Attorneys, et al. [Case No. 18 CV 6324] | Fraud, conversion, conspiracy | United States District Court for the Southern District of New York<br>The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse<br>300 Quarropas St.<br>White Plains, NY 10601-4150 | Pending |
| Gomez, Michael Joseph v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 17-1-0036K] | Challenge to HI foreclosure law | Circuit Court of the Third Circuit of the State of Hawaii<br>Hale Kaulike<br>777 Kilauea Avenue<br>Hilo, HI 96720-4212 | Concluded |
| Harris, Symonous-Greta v. Aurora Loan Services LLC, et al. [Case No. 16-CV-2126 (MKB)] | Foreclosure | United States District Court for the Eastern District of New York<br>225 Cadman Plaza E<br>Brooklyn, NY 11201 | Concluded |
| Hodkinson, Bonnie Joyce v. Aurora Loan Services LLC and Aurora Commercial Corp. [Case No. 17-cv-00241-DKW-RLP] | Challenge to HI foreclosure law | United States District Court for the District of Hawaii<br>300 Ala Moana Blvd, Rm C338<br>Honolulu HI 96850 | Concluded |
| Hunter, Jr, Lewis B. v. Aurora Loan Services LLC [Case No. 1D18-4338] | Foreclosure counterclaims | District Court of Appeal of the State of Florida, First District<br>2000 Drayton Drive<br>Tallahassee FL 32311 | Concluded |
| Jebo, Steven v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 16-1-0321K] | Challenge to HI foreclosure law | Circuit Court of the Third Circuit of the State of Hawaii<br>Hale Kaulike<br>777 Kilauea Avenue<br>Hilo, HI 96720-4212 | Concluded |
| Kahanaoi, Bridgette & Steven v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 16-1-2170-11] | Challenge to HI foreclosure law | Circuit Court of the First Circuit of the State of Hawaii<br>Ka`ahumanu Hale<br>777 Punchbowl Street<br>Honolulu HI 96813–5093 | Concluded |
| Kraus, Kari & Sara Giles v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 16-1-0084] | Challenge to HI foreclosure law | Circuit Court of the Fifth Circuit of the State of Hawaii<br>Pu`uhonua Kaulike Building<br>3970 Ka`ana Street<br>Lihu`e, Hawai`i 96766 | Concluded |
| Kuhn, Estate of William M v. Aurora Loan Services LLC and Lehman Brothers Bank, FSB, et al. [Case No. 2014-CA-002315-15-L] | Foreclosure | Circuit Court of the 18th Judicial Circuit, in and for Seminole County, Florida<br>Seminole Court Administration<br>Downtown Civil Courthouse<br>301 N. Park Ave, Suite 301<br>Sanford, FL 32771-1292 | Concluded |
| Lee, Jacob v. Aurora Loan Services LLC, a Colorado Corporation; Michael Holmes, and Does 1-20 inclusive [Case No. BC615108] | Title issue | Los Angeles County Superior Court, California<br>Central Civil West Courthouse<br>600 South Commonwealth Ave.<br>Los Angeles, CA 90005 | Pending |

[1] The list of actions against the Debtors may not include all actions that Nationstar Mortgage LLC ("Nationstar") is responsible for managing pursuant to the Asset Purchase Agreement dated June 12, 2012 (the "Nationstar Actions"). The Debtors have made reasonable efforts to supplement the information that they received from Nationstar concerning the Nationstar Actions.

In re Aurora Loan Services LLC

Case No. 19-10844

SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case[1]

| Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
| --- | --- | --- | --- |
| Long, Shelia S. v. Mortgage Electronic Registration Systems, Inc., and Michael Milchak, Trustee under the Re-recorded Deed of Trust filed January 21, 2010 and ALG Trustee, LLC.; Aegis wholesale Corporation and Stonewall Title & Escrow, Inc. and Aurora Loan Services LLC, Aurora Commercial Corp., f/k/a Aurora Bank FSB, and Nationstar Mortgage, LLC, d/b/a Virginia Nationstar Mortgage, LLC and Fidelity National Title Group, d/b/a Fidelity National Title Insurance Company (Jointly & Severally, Defendants) [Case No. CL14-7633] | Title issue | Prince William County Circuit Court, Virginia<br>9311 Lee Ave #3<br>Manassas, VA 20110 | Pending |
| Mann, Timothy v Aurora Loan Services LLC, et al. [Case No. 11-1-0036] | Foreclosure | Circuit Court of the Third Circuit of the State of Hawaii<br>Hale Kaulike<br>777 Kilauea Avenue<br>Hilo, HI 96720-4212 | Pending |
| Melendez, Randy & Sharon Ornellas v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 16-1-0137] | Challenge to HI foreclosure law | Circuit Court of the Fifth Circuit of the State of Hawaii<br>Pu`uhonua Kaulike Building<br>3970 Ka`ana Street<br>Lihu`e, Hawai`i 96766 | Concluded |
| Mortgage Electronic Registration Systems, Inc. v. Davies Mutambo; Susan Mutambo; The Glens of Hanover Condominium Association; and Unknown Owners and Non Record Claimants [Case No. 2004 CH 1158] | Foreclosure | State of Illinois, County of DuPage, Circuit Court of Eighteenth Judicial Circuit<br>505 N. County Farm Road, Room 2015<br>Wheaton IL 60187 | Pending |
| Patrick, Walter & Patricia v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 16-1-306] | Challenge to HI foreclosure law | Circuit Court of the Third Circuit of the State of Hawaii<br>Hale Kaulike<br>777 Kilauea Avenue<br>Hilo, HI 96720-4212 | Concluded |
| Perry, Donald v. Aurora Loan Services LLC and Aurora Loan Services Inc. [Case No. 2013-CA-4552-O] | Contract dispute | Orange County Circuit Court, Florida<br>425 N. Orange Avenue<br>Orlando, Florida 32801 | Concluded |
| Quiton, Roland & Feliciadad v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 16-1-1714-09] | Challenge to HI foreclosure law | Circuit Court of the First Circuit of the State of Hawaii<br>Ka`ahumanu Hale<br>777 Punchbowl Street<br>Honolulu HI 96813–5093 | Concluded |
| R Ventures X, LLC; R Venuters, LLC v. Bayporte Enterprises, Inc., Aurora Loan Services LLC, Nationstar Mortgage, LLC, MTC Financial, Inc., Southern Terrace Homeowner's Association, the Cooper Castle Law Firm, LLP, Republic Services, Inc., Republic Silver State Disposal, Inc., Patrick S. Paulmino, Does I Through X, And Roe Corporations I Through X, Inclusive [Case No. 2:2017cv00500] | Title issue | United States District Court for the District of Nevada<br>Las Vegas Office<br>333 Las Vegas Blvd South<br>Las Vegas, NV 89101 | Pending |

[1] The list of actions against the Debtors may not include all actions that Nationstar Mortgage LLC ("Nationstar") is responsible for managing pursuant to the Asset Purchase Agreement dated June 12, 2012 (the "Nationstar Actions"). The Debtors have made reasonable efforts to supplement the information that they received from Nationstar concerning the Nationstar Actions.

In re Aurora Loan Services LLC

Case No. 19-10844

SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case[1]

| Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
|---|---|---|---|
| Ryan, Timothy & Donna v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 16-1-0192] | Challenge to HI foreclosure law | Circuit Court of the Fifth Circuit of the State of Hawaii<br>Pu`uhonua Kaulike Building<br>3970 Ka`ana Street<br>Lihu`e, Hawai`i 96766 | Concluded |
| Sharova, Yelena v. Gateway Funding Diversified Mortgage Services; Aurora Loan Services LLC; and Nationstar Mortgage, LLC d/b/a Mr. Cooper [Case No. 502846/2018] | Title issue | Supreme Court of the State of New York<br>County of Kings<br>360 Adams St #4<br>Brooklyn, NY 11201 | Pending |
| Sheverda, Igor & Olga v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 16-1-0276K] | Challenge to HI foreclosure law | Circuit Court of the Third Circuit of the State of Hawaii<br>Hale Kaulike<br>777 Kilauea Avenue<br>Hilo, HI 96720-4212 | Concluded |
| Sidiropulos, Dimitrious v. Aurora Loan Services LLC, et al. [Case No. 700209/2018] | Personal injury | Queens County Superior Court, New York<br>88-11 Sutphin Blvd<br>Jamaica, NY 11435 | Concluded |
| Steed, David v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 17-1-0035] | Challenge to HI foreclosure law | Circuit Court of the Third Circuit of the State of Hawaii<br>Hale Kaulike<br>777 Kilauea Avenue<br>Hilo, HI 96720-4212 | Concluded |
| Sumibcay, Alex v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 17-1-0001(2)] | Challenge to HI foreclosure law | Circuit Court of the Second Circuit of the State of Hawaii<br>2145 Main St<br>Wailuku, HI 96793 | Concluded |
| Talley, Scott v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 17-1-0050(1)] | Challenge to HI foreclosure law | Circuit Court of the Second Circuit of the State of Hawaii<br>2145 Main St<br>Wailuku, HI 96793 | Concluded |
| United States of America ex rel. James Heron v. Aurora Loan Services LLC, Aurora Commercial Corp, Aurora Bank FSB, et al. [Case No. 1:17-cv-03084-PAB-STV] | Alleged false claims act violations | United States District Court for the District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver CO 80294-3589 | Pending |
| Weidler, Diane v. Merscorp Holdings, Inc. f/k/a Mortgage Electronic Registration Systems, Inc., as Nominee for First Magnus Capital Corporation; Aurora Loan Services LLC, Federal National Mortgage Association, Nationstar Mortgage, LLC, John Does 1 through 10 [Case No. 612597/2016] | Foreclosure | County of Suffolk, Supreme Court of the State of New York<br>1 Court Street<br>Riverhead NY 11901 | On appeal |
| Woody, Yvette D. and Simon D. v. Aurora Commercial Corp, Successor entity to Aurora Bank FSB, Aurora Loan Services LLC and Nationstar Mortgage LLC [Case No. 2:15-cv-02747] | Foreclosure | United States District Court for the Western District of Tennessee<br>Western Divisional Office<br>167 N. Main Street<br>Room 242<br>Memphis, TN 38103 | Pending |

[1] The list of actions against the Debtors may not include all actions that Nationstar Mortgage LLC ("Nationstar") is responsible for managing pursuant to the Asset Purchase Agreement dated June 12, 2012 (the "Nationstar Actions"). The Debtors have made reasonable efforts to supplement the information that they received from Nationstar concerning the Nationstar Actions.

In re Aurora Loan Services LLC
Case No. 19-10844
SOFA Part 3, Question 7 - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case[1]

| Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
|---|---|---|---|
| Wulf, Lyn & Conti, Ronald v. Aurora Loan Services LLC and Aurora Commercial Corp., et al. [Case No. 16-1-0120] | Challenge to HI foreclosure law | Circuit Court of the Fifth Circuit of the State of Hawaii<br>Pu`uhonua Kaulike Building<br>3970 Ka`ana Street<br>Lihu`e, Hawai`i 96766 | Concluded |

[1] The list of actions against the Debtors may not include all actions that Nationstar Mortgage LLC ("Nationstar") is responsible for managing pursuant to the Asset Purchase Agreement dated June 12, 2012 (the "Nationstar Actions"). The Debtors have made reasonable efforts to supplement the information that they received from Nationstar concerning the Nationstar Actions.

**In re Aurora Loan Services LLC**
Case No. 19-10844

*SOFA Part 13 Question 26d*
(**Parties to whom the debtor issued a financial statement within 2 years before filing this case**)
_____


Aurora Loan Services LLC does not have audited financial statements.

Lehman Brothers Holdings Inc, Aurora Commercial Corp. and Aurora Loan Services LLC have from time to time discussed potential transactions and shared certain financial information with other parties.